# United States District Court
# For The Western District of North Carolina
# Statesville Division

TONY ARISMENDY PEGUERO,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:09CV105-3-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2009, Order.

                                                     Signed: November 2, 2009

                                                     Frank G. Johns, Clerk
                                                     United States District Court